UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Crim. No. 6:17-cr-00006-GFVT-HAI |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY DOPLE, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on the Recommended Disposition as to a Reported Violation of Supervised Release filed by United States Magistrate Judge Hanly A. Ingram.  [R. 55.]  The recommendation instructed the parties to file any specific written objections within fourteen (14) days after being served with the decision, or else waive the right to further review.  *Id.* at 11.  The Defendant has not objected and the time to do so has passed.  The Defendant has filed a waiver of his right of allocution.  [R. 56.]

Upon review, the Court is satisfied that Defendant Dople knowingly and competently stipulated to the charged violation and that an adequate factual basis supports the stipulation as to each essential element of the violation charged.  Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Ingram's Recommended Disposition **[R. 55]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Stanley Dople is **ADJUDGED** guilty of Violation 2;

3. All other alleged Violations are **DISMISSED**;

4.  The Defendant's supervisory period is **REVOKED** with a term of incarceration of eighteen months, with no additional supervision upon release; and

5.  The Court **RECOMMENDS** that Defendant Dople be placed at FMC Lexington due to his health concerns.

This the 8th day of April, 2024.

Gregory F. Van Tatenhove
United States District Judge